VITTORIO ANTONINI et al., Respondents, v ORAZIO PETITO et al., Appellants.

Submitted January 22, 2013; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.